UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JOHN AFEN BRISTOL, JR.,

    Plaintiff,

v.                        Case No. 8:23-cv-186-MSS-AEP

ROBERT GUALTIERI, *et al.*,

    Defendants.
_____/

**O R D E R**

An earlier order dismissed without prejudice Bristol's federal civil rights complaint with leave to file an amended complaint. (Doc. 3) The order required Bristol to file the amended complaint no later than March 13, 2022. (Doc. 3 at 4) The Clerk sent the order to Bristol by U.S. mail, and the order did not return undeliverable.

Because Bristol did not file an amended complaint and the time to file an amended complaint expired, the earlier order dismissing the complaint became a final judgment. *Auto. Alignment & Body Svc., Inc. v. State Farm Mut. Auto. Ins. Co.*, 953 F.3d 707, 719–20 (11th Cir. 2020) ("[A]n order dismissing a complaint with leave to amend within a specified time becomes a final judgment if the time allowed for amendment expires without the plaintiff seeking an extension.") (citation omitted).

Accordingly, this civil rights action is **DISMISSED** for failure to state a claim. 28 U.S.C. §§ 1915(e)(2) and 1915A(b). If Bristol intends to proceed with this action, he must file a motion for relief from this final order. *See* Fed. R. Civ. P. 60(b). The Clerk is **DIRECTED** to **CLOSE** this case.

**DONE AND ORDERED** in Tampa, Florida on March 22, 2023.

MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE